■ RICHARD L. ROGERS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 88940.) [719 NYS2d 916] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Lane, J. (*Rogers v State of New York*, 181 Misc 2d 683). (Appeal from Judgment of Court of Claims, Lane, J.—Unjust Imprisonment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.